# Third District Court of Appeal

## State of Florida

Opinion filed December 29, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1914
Lower Tribunal No. F16-11280A

_____

**Mackenson Cherisme,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Mackenson Cherisme, in proper person.

Ashley Moody, Attorney General, and Sandra Lipman, Assistant Attorney General, for appellee.

Before SCALES, HENDON, and MILLER, JJ.

PER CURIAM.

Affirmed.  See State v. Gray, 633 So. 2d 105 (Fla. 2d DCA 1994); Woods v. State, 314 So. 3d 683 (Fla. 3d DCA 2021).